# **<u>EXHIBIT 1</u>**

DocuSign Envelope ID: 3DD5D268-4BDE-4A5A-98F9-A5A322A0F485

1

CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Russell Handy, Esq., SBN 195058
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq. SBN 171771
Mail: PO Box 262490
     San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
     San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorney for Plaintiff

2

3

4

5

6

7

8

9       UNITED STATES DISTRICT COURT
        CENTRAL DISTRICT OF CALIFORNIA

10

11  **Jose Estrada**,                  Case: 2:17-CV-00259-CAS-JC

12          Plaintiff,                 **Declaration of Jose Estrada in
                                        Support of Plaintiff's Request for
13      v.                              Default Judgment**

14  **South Street Property, LLC,** a
    California Limited Liability
15  Company; and Does 1-10,

16          Defendants.

17

18

19  1. I am the plaintiff in this matter and, based on my own experience and

20     knowledge, I can competently declare the following:

21  2. I am a paraplegic. I cannot walk. I use a wheelchair for mobility.

22  3. In December 2016, I went to the Leyva Recycling ("Leyva Recycling")

23     located at or about 5674 Cherry Ave., Long Beach, California.

24  4. When I got there, I discovered that there were no parking spaces

25     marked and reserved for persons with disabilities.

26  5. Additionally, the transaction counter at Leyva Recycling was more

27     than 36 inches in height. There was no lowered, 36-inch or lower

28     portion of the transaction counter for use by persons with disabilities.

1

6. Finally, at the transaction counter the round intercom used to talk to the cashier was mounted more than 54 inches above the ground level and was not effectively useable by disabled persons like me.

7. I have reviewed the photos attached as Exhibit 4 and they are true and correct depictions of the condition of the parking lot, transaction counter and intercom at the Leyva Recycling located at or about 5674 Cherry Ave., Long Beach, California, on the date I was present.

8. Due to the lack of compliant accessible parking space, transaction counter and intercom, I have been deterred from further attempting to visit Leyva Recycling.

9. I would like to return to Leyva Recycling.

10.    I declare, under the penalty of perjury in the State of California, that the foregoing is true and accurate.

Dated: June 22, 2017

By: _____
      Jose Estrada
      Plaintiff

2